E-FILED
Friday, 09 April, 2010  03:09:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENNIS EARL BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-cv-1317 |
| ) | |
| WILLIAM J. BLACK and ) | |
| METROPOLITAN PROPERTY AND ) | |
| CASUALTY INSURANCE, ) | |
| ) | |
| Defendants. ) | |

## O P I N I O N and O R D E R

Before the court is the Motion to Substitute Party filed by Plaintiff, Dennis Earl Barnes (Doc. 278).  The Motion is GRANTED IN PART and DENIED IN PART.  Defendant William J. Black is hereby substituted by Mary Black, Executor of the Estate of William J. Black.  In all other respects, the Motion is denied.

Entered this 9th day of April, 2010

                                         s/  Joe B. McDade
                                         JOE BILLY MCDADE
                                         Senior United States District Judge